830

for petitioners. *Grover Middlebrooks* for respondent.

No. 1097. HAWKINS ET AL. *v.* UNITED STATES. May 19, 1947. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Joseph A. McMenamin* for petitioners. *Acting Solicitor General Washington, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 1186. MEEKS *v.* STEWART, WARDEN. May 19, 1947. Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 1189. STARR *v.* STATE BOARD OF LAW EXAMINERS FOR THE STATE OF INDIANA ET AL. May 19, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 1259. SNELL *v.* FLORIDA. May 19, 1947. Petition for writ of certiorari to the Supreme Court of Florida denied.

No. 1312. KERN *v.* RAGEN, WARDEN. May 19, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 1316. JONES *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Criminal Court of Cook County and Circuit Court of Will County, Illinois;